26 P.3d 602

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Tavares | 22792 | 05/09/2001 | Affirmed |
| Kushi v. Kushi | 22949 | 05/09/2001 | Affirmed in part, Vacated in part and Remanded |
| Dahlen v. General Motors Corp. | 21899 | 05/15/2001 | Vacate/Remand in part, Affirmed in part |
| Nakamura v. Nakamura | 22550 | 05/17/2001 | Affirmed |
| State v. Leiato | 23098 | 05/18/2001 | Affirmed |
| State v. Yee | 23308 | 05/23/2001 | Vacated and Remanded |
| Gottchalk v. Ass'n of Apt. Owners of Kona Billfisher | 23595 | 05/25/2001 | Vacated in part, Reversed in part and Remanded |
| Blaisdell v. State | 22758 | 05/25/2001 | Affirmed |
| State v. Bonty | 22861 | 06/12/2001 | Affirmed |
| First Hawaiian Bank v. Hayashi | 23020 | 06/12/2001 | Affirmed |
| Martinez v. State | 23340 | 06/13/2001 | Affirmed |
| Lee v. Lee | 23588 | 06/21/2001 | Affirmed in part, vacated and remanded |
| State v. Baker | 23168 | 06/25/2001 | Affirmed |
| State v. Crates | 23442 | 06/26/2001 | Affirmed |
| Terada v. Terada | 23021 | 06/27/2001 | Affirmed |
| Morgenstein v. All Star-SAB Joint Venture | 23222 | 06/28/2001 | Affirmed |